JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>Plaintiffs,<br>v.<br><br>CLEAN AIR ENGINEERING-MARITIME, INC., a California corporation,<br><br>Defendant. | CASE NO.: 2:24-CV-06776-JFW-RAOx<br><br>Assigned To The Honorable John F. Walter<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the Stipulation for Dismissal Without Prejudice and Request that the Court Retain Jurisdiction of the Action and the Parties to Enforce Settlement Agreement between Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and Defendant, Clean Air Engineering-Maritime, a California corporation, and good cause appearing therefor, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** this action is dismissed without prejudice and the Court shall retain jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement for two (2) years from the date of entry of this Order.

Dated: August 5, 2025

_____
United States District Judge